**No. 09-10975. Vincent Buckner, Petitioner v. Illinois.**

562 U.S. 857, 131 S. Ct. 126, 178 L. Ed. 2d 77, 2010 U.S. LEXIS 5856.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 392 Ill. App. 3d 1129, 368 Ill. Dec. 483, 984 N.E.2d 208.

**No. 09-10976. Christian F. Meister, Petitioner v. Florida Unemployment Appeals Commission, et al.**

562 U.S. 857, 131 S. Ct. 126, 178 L. Ed. 2d 77, 2010 U.S. LEXIS 5912.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 33 So. 3d 35.

**No. 09-10978. Gustavo Castro, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 857, 131 S. Ct. 127, 178 L. Ed. 2d 77, 2010 U.S. LEXIS 5886.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10979. Milton Matos Montalvo, Petitioner v. Pennsylvania.**

562 U.S. 857, 131 S. Ct. 127, 178 L. Ed. 2d 77, 2010 U.S. LEXIS 6229.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 604 Pa. 386, 986 A.2d 84.

**No. 09-10981. Karen Davis, Petitioner v. Maryland State Department of Education.**

562 U.S. 857, 131 S. Ct. 128, 178 L. Ed. 2d 77, 2010 U.S. LEXIS 6195.

October 4, 2010. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 187 Md. App. 721 and 187 Md. App. 729.

**No. 09-10982. Leon Douglas, Petitioner v. Michigan.**

562 U.S. 858, 131 S. Ct. 128, 178 L. Ed. 2d 77, 2010 U.S. LEXIS 6405,

October 4, 2010. Petition for writ of certiorari to the Circuit Court of Michigan, Oakland County, denied.

**No. 09-10984. Timothy Evans, Petitioner v. Illinois.**

562 U.S. 858, 131 S. Ct. 129, 178 L. Ed. 2d 77, 2010 U.S. LEXIS 6116.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 389 Ill. App. 3d 1145, 364 Ill. Dec. 645, 976 N.E.2d 1208.

**No. 09-10987. Jeremy Bryan Jones, Petitioner v. Alabama.**

562 U.S. 858, 131 S. Ct. 129, 178 L. Ed. 2d 77, 2010 U.S. LEXIS 5900.

October 4, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 43 So. 3d 1258.